UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN

GARN PENROD
    Plaintiff,

-vs.-                                        Case No. 1:12-cv-106
                                                Hon. Paul L. Maloney

AMERICAN CORADIUS INTERNATIONAL, LLC,
    Defendant.
_____

**NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY**

    The Plaintiff hereby dismisses the within action with prejudice and without costs to either party.

                                                Respectfully submitted

March 22, 2012                        /s/ Gary Nitzkin_____
                                                GARY D. NITZKIN (P41155)
                                                Attorney for Plaintiff
                                                22142 West Nine Mile Road
                                                Southfield, MI 48033
                                                (248) 353-2882
                                                GNitzkin@creditor-law.com